# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MCCOY, DEAN EDWARD     § Case No. 12-84535
                              §
                              §
Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/24/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /_____    By:  ___/s/ STEPHEN G. BALSLEY_____
                                        Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCCOY, DEAN EDWARD    §    Case No. 12-84535
    §
    §
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 14,145.00 |
| *and approved disbursements of* | $ 34.72 |
| *leaving a balance on hand of* [1] | $ 14,110.28 |
| **Balance on hand:** | $ 14,110.28 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,110.28 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,164.50 | 0.00 | 2,164.50 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 1,582.50 | 0.00 | 1,582.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,747.00 |
| Remaining balance: | $ 10,363.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 10,363.28 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 10,363.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,962.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,326.21 | 0.00 | 1,702.03 |
| 2 | Capital One Bank (USA), N.A. | 6,091.32 | 0.00 | 915.37 |
| 3 | Sallie Mae | 24,725.17 | 0.00 | 3,715.54 |
| 4 | Portfolio Recovery Associates, LLC | 8,235.75 | 0.00 | 1,237.62 |
| 5 | Portfolio Recovery Associates, LLC | 3,417.55 | 0.00 | 513.57 |
| 6 | Portfolio Recovery Associates, LLC | 15,166.68 | 0.00 | 2,279.15 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 10,363.28 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $        0.00
Remaining balance:  $        0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $        0.00
Remaining balance:  $        0.00

Prepared By:  /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-84535-TML
Dean McCoy                                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3         User: jclarke          Page 1 of 3          Date Rcvd: Jun 14, 2013
                             Form ID: pdf006        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2013.
```
db         +Dean McCoy,    5118 Greenwood Place,    McCullom Lake, IL 60050-2307
19771860    Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
20048520    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
19771861   +Chase Card Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
19945496  +++CitiMortgage, Inc.,    C/O Attorney Andrew J Nelson,    1 N. Dearborn Ste 1300,
             Chicago, IL 60602-4321
19771862    Citibank,    P.O. Box 767006,    San Antonio, TX  78245
19771863   +Citimortgage,    P.O. Box 6243,    Sioux Falls, SD 57117-6243
19771864    Department of Education,    P.O. Box 5609,    Greenville, TX  75403-5609
19771866   #Evergreen LLC,    o/b/o Chase Card Services,    P.O. Box 91121,    Seattle, WA  98111-9221
19771867  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
             (address filed with court:  Fifth Third Bank,    38 Fountain Square Plaza,    Cincinnati, OH 45263)
19771869   +Jefferson F. Batt,    3733 W. Elm Street,    McHenry, IL 60050-4372
19771870   +Kevin Wegrzyn DDS,    PO Box 1690,    McHenry, IL 60051-1690
19771871   +Mindy McCoy,    3208 Kinley,    McHenry IL 60050-8218
19771872   +NCO FInancial Systems, Inc.,    o/b/o SST Systems & Services,    4315 Pickett Road,
             St. Joseph, MO 64503-1600
19771873  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates,    o/b/o AT & T Universal Card,
             120 Corporation Blvd. Ste 100,    Norfolk, VA  23502)
19771875   +Portfolio Recovery Associates,    o/b/o Home Depot,    1425 N. Randall Road,    Elgin, IL 60123-2300
19771878   +Tiffany McCoy,    3208 Kinley,    McHenry IL 60050-8218
19771879  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    PO Box 5227,    Cinicinnati, OH  45201)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19771865    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2013 01:00:31      Discover Card,    PO Box 30943,
             Salt Lake City, UT  84130
19997632    E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2013 01:00:31      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19771877    E-mail/PDF: pa_dc_claims@salliemae.com Jun 15 2013 00:57:56      Sallie Mae,    PO Box 9500,
             Wilkes-Barre, PA 18773-9500
20178214   +E-mail/PDF: pa_dc_claims@salliemae.com Jun 15 2013 00:58:01      Sallie Mae,    c/o Sallie Mae Inc.,
             220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 4
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19771868    Galaxy Asset Purchasing,    o/b/o Chase
19771874*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates,    o/b/o Bank of America,
             120 Corporate Blvd. Ste 100,    Norfolk, VA 23502)
19771876*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates,    o/b/o Meijer,
             120 Corporate Blvd. Ste 100,    Norfolk, VA 23502)
20428309*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,
             successor to CITIBANK SOUTH DAKOTA N.A.,    POB 41067,    Norfolk, VA 23541)
20428306*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,
             successor to FIA CARD SERVICES, N.A.,    POB 41067,    Norfolk, VA 23541)
20428303*  ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,    successor to GE MONEY BANK,
             POB 41067,    Norfolk, VA 23541)
                                                                                              TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
 District/off: 0752-3          User: jclarke              Page 2 of 3              Date Rcvd: Jun 14, 2013
                               Form ID: pdf006            Total Noticed: 22
```

     ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2013**                    **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-3          User: jclarke              Page 3 of 3                  Date Rcvd: Jun 14, 2013
                              Form ID: pdf006            Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2013 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor   CitiMortgage, Inc. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
        Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
        Scott A Bentley    on behalf of Debtor Dean  McCoy scottbentleylaw@gmail.com
        Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com
        Stephen G Balsley     sbalsley@bslbv.com,  IL47@ecfcbis.com
        Tiffany  Rodriguez    on behalf of Trustee Stephen G Balsley trodriguez@bslbv.com
        Toni  Dillon    on behalf of Creditor   CitiMortgage, Inc. tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 8