**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCCOY, DEAN EDWARD § Case No. 12-84535
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $312,713.00         Assets Exempt: $211,667.47
*(without deducting any secured claims)*

Total Distribution to Claimants: $10,363.28    Claims Discharged
                                               Without Payment: $116,234.37

Total Expenses of Administration: $3,781.72

3) Total gross receipts of $ 14,145.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,145.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $204,997.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,781.72 | 3,781.72 | 3,781.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 127,049.97 | 68,962.68 | 68,962.68 | 10,363.28 |
| **TOTAL DISBURSEMENTS** | $332,046.97 | $72,744.40 | $72,744.40 | $14,145.00 |

4) This case was originally filed under Chapter 7 on December 04, 2012. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/22/2013     By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Policy - Lincoln National Life | 1129-000 | 3,752.00 |
| Insurance Policy - State Farm Life | 1129-000 | 8,868.00 |
| Insurance Policy - Woodmen of the World | 1129-000 | 1,525.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,145.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | US Bank | 4110-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 4110-000 | 98,919.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage | 4110-000 | 103,378.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$204,997.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,164.50 | 2,164.50 | 2,164.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,582.50 | 1,582.50 | 1,582.50 |
| Rabobank, N.A. | 2600-000 | N/A | 14.91 | 14.91 | 14.91 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 19.81 | 19.81 | 19.81 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,781.72 | $3,781.72 | $3,781.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 11,326.00 | 11,326.21 | 11,326.21 | 1,702.03 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 6,091.00 | 6,091.32 | 6,091.32 | 915.37 |
| 3 | Sallie Mae | 7100-000 | 24,627.00 | 24,725.17 | 24,725.17 | 3,715.54 |
| 4 | Portfolio Recovery Associates, LLC | 7100-000 | 8,236.00 | 8,235.75 | 8,235.75 | 1,237.62 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 3,570.00 | 3,417.55 | 3,417.55 | 513.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 15,565.00 | 15,166.68 | 15,166.68 | 2,279.15 |
| NOTFILED | Galaxy Asset Purchasing o/b/o Chase | 7100-000 | 16,086.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 437.00 | N/A | N/A | 0.00 |
| NOTFILED | NCO FInancial Systems, Inc. o/b/o SST Systems & Services | 7100-000 | 7,217.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Wegrzyn DDS | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Evergreen LLC o/b/o Chase Card Services | 7100-000 | 5,267.97 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Associates o/b/o Home Depot | 7100-000 | 7,708.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card Services | 7100-000 | 6,695.00 | N/A | N/A | 0.00 |
| NOTFILED | Department of Education | 7100-000 | 13,224.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $127,049.97 | $68,962.68 | $68,962.68 | $10,363.28 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-84535  
**Case Name:** MCCOY, DEAN EDWARD  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 12/04/12 (f)  
**§341(a) Meeting Date:** 01/07/13  

**Period Ending:** 10/22/13  
**Claims Bar Date:** 05/02/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   3208 W. Kinley Blvd. McHenry, IL | 105,000.00 | 0.00 | | 0.00 | FA |
| 2   Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3   Checking Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 4   Money on Account with Utility Company | 1,000.00 | 0.00 | | 0.00 | FA |
| 5   Household Furniture and Goods video, and compute | 1,000.00 | 0.00 | | 0.00 | FA |
| 6   Wearing Apparel Debtor's Residence | 100.00 | 0.00 | | 0.00 | FA |
| 7   Insurance Policy - Lincoln National Life     See Order Disallowing Exemption entered 02/19/2013. | 5,617.47 | 3,752.00 | | 3,752.00 | FA |
| 8   Insurance Policy - State Farm Life     See Order Disallowing Exemption entered 02/19/2013. | 12,786.00 | 8,868.00 | | 8,868.00 | FA |
| 9   Insurance Policy - Woodmen of the World     See Order Disallowing Exemption entered 02/19/2013. | 2,296.00 | 1,525.00 | | 1,525.00 | FA |
| 10  401K | 198,753.00 | 0.00 | | 0.00 | FA |
| 11  Stocks or Bonds | 360.00 | 0.00 | | 0.00 | FA |
| 12  2003 Chevrolet Silverado and accessories. Reside | 5,000.00 | 0.00 | | 0.00 | FA |
| 13  1981 Chevrolet Camaro | 200.00 | 0.00 | | 0.00 | FA |
| 14  2000 Trailer | 100.00 | 0.00 | | 0.00 | FA |
| 15  Computer | 100.00 | 0.00 | | 0.00 | FA |
| **15  Assets    Totals** (Excluding unknown values) | **$333,412.47** | **$14,145.00** | | **$14,145.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 4, 2013            **Current Projected Date Of Final Report (TFR):**    June 10, 2013  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-84535  
**Case Name:** MCCOY, DEAN EDWARD  
**Taxpayer ID #:** **-***0714  
**Period Ending:** 10/22/13  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****878966 - Checking Account  
**Blanket Bond:** $736,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/08/13 | | Dean E. McCoy | 2/3 cash value of life insurance policies | | 14,145.00 | | 14,145.00 |
| | {8} | | 2/3 cash value          8,868.00 | 1129-000 | | | 14,145.00 |
| | {7} | | 2/3 cash value          3,752.00 | 1129-000 | | | 14,145.00 |
| | {9} | | 2/3 cash value          1,525.00 | 1129-000 | | | 14,145.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.91 | 14,130.09 |
| 06/03/13 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-84535 | 2300-000 | | 19.81 | 14,110.28 |
| 07/25/13 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,582.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,582.50 | 12,527.78 |
| 07/25/13 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,164.50, Trustee Compensation; Reference: | 2100-000 | | 2,164.50 | 10,363.28 |
| 07/25/13 | 104 | Discover Bank | Dividend paid 15.02% on $11,326.21; Claim# 1; Filed: $11,326.21; Reference: | 7100-000 | | 1,702.03 | 8,661.25 |
| 07/25/13 | 105 | Capital One Bank (USA), N.A. | Dividend paid 15.02% on $6,091.32; Claim# 2; Filed: $6,091.32; Reference: | 7100-000 | | 915.37 | 7,745.88 |
| 07/25/13 | 106 | Sallie Mae | Dividend paid 15.02% on $24,725.17; Claim# 3; Filed: $24,725.17; Reference: | 7100-000 | | 3,715.54 | 4,030.34 |
| 07/25/13 | 107 | Portfolio Recovery Associates, LLC | Dividend paid 15.02% on $8,235.75; Claim# 4; Filed: $8,235.75; Reference: | 7100-000 | | 1,237.62 | 2,792.72 |
| 07/25/13 | 108 | Portfolio Recovery Associates, LLC | Dividend paid 15.02% on $3,417.55; Claim# 5; Filed: $3,417.55; Reference: | 7100-000 | | 513.57 | 2,279.15 |
| 07/25/13 | 109 | Portfolio Recovery Associates, LLC | Dividend paid 15.02% on $15,166.68; Claim# 6; Filed: $15,166.68; Reference: | 7100-000 | | 2,279.15 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 14,145.00 | 14,145.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 14,145.00 | 14,145.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14,145.00** | **$14,145.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-84535  
**Case Name:** MCCOY, DEAN EDWARD

**Taxpayer ID #:** **-***0714  
**Period Ending:** 10/22/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****878966 - Checking Account  
**Blanket Bond:** $736,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| | Checking # ****878966 | 14,145.00 | 14,145.00 | 0.00 |
| | | $14,145.00 | $14,145.00 | $0.00 |